90 A.3d 1293

ERIC MORILLO, PLAINTIFF, v. MONMOUTH COUNTY SHERIFF'S OFFICER, ALEXANDER TORRES, MONMOUTH COUNTY SHERIFF'S OFFICER THOMAS RUOCCO, MONMOUTH COUNTY SHERIFF'S OFFICE, AND MONMOUTH COUNTY SERGEANT STEVEN COOPER, DEFENDANTS–MOVANTS, AND OLD BRIDGE TOWNSHIP ASSISTANT MUNICIPAL COURT ADMINISTRATOR SUSAN BRUCHEZ AND OLD BRIDGE TOWNSHIP MUNICIPAL COURT, DEFENDANTS.

AND ANOTHER RELATED CASE.

May 19, 2014.

It is ORDERED that the motion for leave to appeal is granted.